UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREMAIN JONES (#412981),

    Plaintiff,

                      CASE NO. 4:14-CV-13153
                      JUDGE LINDA V. PARKER
                      MAGISTRATE JUDGE ANTHONY P. PATTI

   v.

LYNN PARRISH, et al.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR ORAL ARGUMENT (DE 46)

    Currently before the Court is Plaintiff's September 15, 2015 motion for oral argument (DE 46), wherein Plaintiff asks that the Court schedule oral argument on the merits of Plaintiff's complaint (DE 1), Defendants' motions to sever (DEs 13 and 16), Plaintiff's motion for a TRO and a permanent injunction (DE 17), Plaintiff's response to the motions to sever (DE 24) and the report and recommendation regarding the motions to sever and motion for injunctive relief (DE 41). (*See* DE 46 ¶ 7.)

    On September 25, 2015, Judge Parker entered an opinion and order (DE 48) granting in part and denying in part Defendants' motions to sever (DEs 13, 16 &

1

40), dismissing without prejudice certain claims and defendants, and denying Plaintiff's motion for a TRO and a permanent injunction (DE 17).  In addition, Judge Parker adopted my reports and recommendations (DEs 41, 42).  (*See* DE 48 at 4-5.)  Therefore, to the extent Plaintiff's September 15, 2015 motion (DE 46) is a motion for oral argument on Plaintiff's September 15, 2015 objection (DE 45) to my August 12, 2015 report and recommendation (DE 41), it is **DENIED AS MOOT.**  This is so, because the Court has already ruled upon the underlying motions to sever (DEs 13, 16 & 40) and motion for a TRO and a permanent injunction (DE 17).

Moreover, to the extent Plaintiff's September 15, 2015 motion (DE 46) seeks oral argument on his August 14, 2014 complaint (DE 1), it is **DENIED**. Following the Court's September 25, 2015 opinion and order (DE 48), only thirteen (13) of the original fifty-two (52) defendants remain.  The Court will issue a case management scheduling order forthwith, during which time the parties will be free to argue the merits of the remaining claims.

**IT IS SO ORDERED.**

Dates: October 1, 2015            s/Anthony P. Patti
                                  Anthony P. Patti
                                  UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 1, 2015, electronically and/or by U.S. Mail.