UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TREMAIN VERNON JONES (#412981),

    Plaintiff,

                    CASE NO. 4:14-CV-13153
                      JUDGE LINDA V. PARKER
                      MAGISTRATE JUDGE ANTHONY P. PATTI

    v.

LYNN PARRISH, et al.,

    Defendants.

_____/

## ORDER SETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES

    Tremain Vernon Jones (#412981) is currently incarcerated at the MDOC's Ojibway Correctional Facility (OCF) in Marenisco, Michigan. On August 14, 2014, while incarcerated at Michigan Reformatory (RMI), Plaintiff filed the instant lawsuit against fifty-two (52) defendants. Following the Court's September 25, 2015 opinion and order (DE 48), only thirteen (13) defendants remain: Parrish, Kimball, Ryan, Walker, Bolton, Bradley, McKee, Franks, Schooley, Heyns, MDOC, Curtis and Russell.

    This case has been referred for pretrial matters. (DE 14.) Upon consideration, the Court imposes the following deadlines:

1

1.  **DISCOVERY:** Discovery may proceed and must be completed on or before **May 31, 2016**.   Depositions of any persons who are incarcerated may proceed on such terms and conditions as the institution shall impose.   The Court advises the parties that the discovery completion date requires that discovery requests be made sufficiently in advance to permit timely response.   The Court further advises that motions relating to discovery, if any, shall be filed within the discovery period unless it is impossible or impracticable to do so.

2.  **DISPOSITIVE MOTIONS:** Defendants must file any motion raising the defense of qualified immunity on or before **March 31, 2016**.   If Defendants do not file a motion raising the defense of qualified immunity, the defense may still be raised at trial, but cannot be raised by way of a pre-trial motion unless Defendants first demonstrate exceptional circumstances.   The Court's granting of a petition for recruitment of *pro bono* counsel for Plaintiff, if ever, or the setting of a date for trial or evidentiary hearing, do not constitute exceptional circumstances.

    The parties shall file all other dispositive motions, if any, on or before **July 31, 2016**.   The Court expects the parties to conduct any

discovery that may be needed to address any potential motion for summary judgment within the discovery period set forth above.

**IT IS SO ORDERED.**

Date: October 2, 2015        s/Anthony P. Patti
                             Anthony P. Patti
                             UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing was sent to parties of record on October 2, 2015, electronically and/or by U.S. Mail.

                             s/Michael Williams
                             Case Manager for the
                             Honorable Anthony P. Patti